UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>           Plaintiff(s),<br><br>vs.<br><br>LOG CABIN PONDEROSA HOMEOWNERS ASSOCIATION, et al.,<br><br>           Defendant(s). | Case No. 2:16-cv-00386-JCM-NJK<br><br>ORDER |

Pending before the Court is a stipulation to extend the deadline for Defendant Nevada Association Services, Inc. to respond to the complaint. Docket No. 32. That stipulation was filed on May 19, 2016, *see id.*, even though the deadline at issue appears to have already expired two months ago, *see* Docket No. 12 (summons returned executed). The Court hereby **SETS** a hearing on this stipulation for 10:00 a.m. on May 23, 2016, in Courtroom 3D.

IT IS SO ORDERED.

DATED: May 19, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge