UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br>    Plaintiff,<br>vs.<br>LOG CABIN PONDEROSA HOMEOWNERS ASSOCIATION, et al.,<br>    Defendants. | Case No. 2:16-cv-00386-JCM-NJK<br><br>ORDER<br><br>(Docket No. 35) |

  On May 19, 2016, Defendant Nevada Association Services, Inc. filed a stipulation to extend time to respond to Plaintiff's complaint. Docket No. 32. On the same day, the Court set a hearing on that stipulation for May 23, 2016, and noted that the deadline at issue in the stipulation appears to have already expired two months ago. Docket No. 33. On May 20, 2016, Defendant Log Cabin Ponderosa Homeowners Association ("Defendant") filed an emergency motion for relief from the Court's order setting the May 23, 2016, hearing. Docket No. 35.

  In its motion, Defendant submits that its counsel has a hearing in state court at 9:00 that may cause her to be late to this Court's hearing. *Id*. at 2. Nonetheless, Defendant submits that its counsel e-signed the stipulated discovery plan at issue during the May 20 hearing on April 22, 2016, and urges the Court to grant that stipulation. *Id*. at 2-3. Counsel clearly failed to read both the docket and the Court's order prior to filing the instant motion, or counsel would be aware that the Court issued the scheduling order of which counsel speaks on April 25, 2016, and that the May 20 hearing relates to a different stipulation altogether, to which Defendant is not a signatory. *See* Docket Nos. 24, 32, 33.

Accordingly, Defendant's emergency motion for relief, Docket No. 35, is **DENIED**. Counsel is **ORDERED** to carefully read the docket and the Court's orders prior to filing motions, and to comply with all Federal Rules of Civil Procedure and Local Rules of this Court. Failure to do so in the future may result in sanctions.

IT IS SO ORDERED.

DATED: May 20, 2016.

_____
NANCY J. KOPPE
United States Magistrate Judge