1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

10  BANK OF AMERICA, N.A.,                          )
                                                    )          Case No. 2:16-cv-00386-JCM-NJK
11                          Plaintiff(s),            )
                                                    )          ORDER
12  vs.                                             )
                                                    )
13  LOG CABIN PONDEROSA  HOMEOWNERS                 )
    ASSOCIATION, et al.,                            )
14                                                  )
                            Defendant(s).           )
15  _____        )

16          Pending before the Court is an order to show cause regarding the certificate of interested parties

17  of Defendant TRP Fund V, LLC.  Docket No. 26.  A further certificate of interested parties has been

18  filed, Docket No. 31, and the order to show cause is DISCHARGED.

19          IT IS SO ORDERED.

20          DATED: June 2, 2016

21          _____

22          NANCY J. KOPPE
            United States Magistrate Judge

23
24
25
26
27
28