MELANIE MORGAN, ESQ.
Nevada Bar No. 8215
BRETT M. COOMBS, ESQ.
Nevada Bar No. 12570
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
       brett.coombs@akerman.com

*Attorneys for Plaintiff/Counterdefendant Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing LP*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., successor by merger to BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP, <br><br> Plaintiff, <br><br> vs. <br><br> LOG CABIN PONDEROSA HOMEOWNERS ASSOCIATION; NEVADA ASSOCIATION SERVICES, INC.; MRT ASSETS, LLC; TRP FUND V, LLC, <br><br> Defendants. | Case No.: 2:16-cv-00386-JCM-NJK <br><br> **NOTICE OF DISASSOCIATION OF COUNSEL** |
| TRP FUND V, LLC, <br> Counterclaimant, <br> vs. <br> BANK OF AMERICA, N.A., successor by merger to BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP <br> Counterdefendant. | |

{39480092;1}

Plaintiff/Counterdefendant Bank of America (**BANA**) by and through its counsel of record, Akerman LLP, hereby provides notice that Donna M. Wittig, Esq., is no longer associated with the firm of AKERMAN LLP.  BANA requests that Ms. Wittig be removed from the Court's CM/ECF service list.

AKERMAN LLP will continue to represent BANA and requests that Melanie Morgan, Esq. and Brett M. Coombs, Esq. receive all future notices.

DATED this 12th day of September, 2016.

**AKERMAN LLP**

*/s/ Brett M. Coombs*
MELANIE MORGAN, ESQ.
Nevada Bar No. 8215
BRETT M. COOMBS, ESQ.
Nevada Bar No. 12570
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144*Plaintiff/Counterdefendant Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing LP*

**COURT APPROVAL**

IT IS SO ORDERED.

Date: September 12, 2016

_____
UNITED STATES MAGISTRATE JUDGE

{39480092;1}                                2